United States District Court
Southern District of Texas
**ENTERED**
April 15, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CABALLERO, § <br> Plaintiff, § <br> § <br> § <br> vs. § <br> § <br> § <br> PETROLEOS DE § <br> VENEZUELA, SA, *et al*, § <br> Defendants. § | CIVIL ACTION NO. <br> 4:21-cv-00913 <br><br><br> JUDGE CHARLES ESKRIDGE |

### ORDER STRIKING MOTION TO REMAND

Plaintiff Antonio Caballero moved to remand this case to the 284th Judicial District Court for Montgomery County. Dkt 11.

Section 17(a) of this Court's procedures requires parties to make "serious, timely, good faith efforts to seek agreement on all disputed matters and requests for relief. This includes dispositive motions." It concludes "The Court will strike motions in civil cases—and may strike motions in criminal cases—that don't include a certificate of conference."

The motion to remand doesn't include a certificate of conference. It is thus STRICKEN. Dkt 11.

Caballero may refile his motion in compliance with this Court's procedures.

SO ORDERED.

Signed on April 15, 2021, at Houston, Texas.

*[signature: Chas R Eskridge III]*

Hon. Charles Eskridge
United States District Judge