# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20210415-81
```

Nicole E. Erb
701 13th St. NW #600
Washington, DC 20005

United States Courts
Southern District of Texas
FILED

MAY 0 4 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, April 15, 2021
Case Number: 4:21-cv-00913
Document Number: 15 (1 page)
Notice Number: 20210415-81
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



RETURN TO SENDER

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.51⁰
02 1W
0001374615 APR 15 2021

United States Courts
Southern District of Texas
FILED
MAY 04 2021
Nathan Ochsner, Clerk of Court

