# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20210524-35
```
Nicole E. Erb
701 13th St. NW #600
Washington, DC 20005

United States Courts
Southern District of Texas
F I L E D

AUG 19 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, May 24, 2021
Case Number: 4:21-cv-00913
Document Number: 32 (2 pages)
Notice Number: 20210524-35
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
**FILED**

AUG 19 2021

Nathan Ochsner, Clerk of Court

CAPITAL DISTRICT
5 JUN 2021 PM

RECEIVED
JUN 08 2021

U.S. POSTAGE
ZIP 77002
000 1374615

PERKINS COIE LLP

RECEIVED
JUN 01 2021

NIXIE        207   FE 1        0008
       RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSE
       UNABLE TO FORWARD

BC: 77208101010       *0233-09934

20005839110TF
77208>1010